IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHARLEY NEELEY, | ) |
| Plaintiff, | ) ) ) |
| v. | Case No.: 1:17-CV-00105-SNLJ |
| CITY OF MARBLE HILL, | ) ) ) |
| MIKE JOHNSON, and JEROME GAINES | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF DEFENDANTS MIKE JOHNSON AND JEROME GAINES WITH PREJUDICE

Plaintiff Charley Neeley ("Plaintiff"), by and through counsel, and Defendants Mike Johnson and Jerome Gaines, by and through counsel, hereby stipulate and agree that the Plaintiff Charlie Neeley's claims against Defendants Mike Johnson and Jerome Gaines in the above-captioned case are dismissed with prejudice with Plaintiff Charley Neeley to be responsible for and pay the attorney fees and costs incurred by him in this case and Defendants Mike Johnson and Jerome Gaines to be responsible for and pay the attorney fees and costs incurred by them in this case.

Respectfully submitted,

HOLMAN SCHIAVONE, LLC

By:/s/ Ashley S. Grace
Ashley S. Grace, #67565MO
Sophie Woodworth, #49383MO
4600 Madison Avenue, Suite 810
Kansas City, MO  64112
Telephone:  (816) 283-8738
Facsimile:   (816) 283-8739
agrace@hslawllc.com
swoodworth@hslawllc.com

SO ORDERED this 23rd day of February, 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

Case: 1:17-cv-00105-SNLJ Document: 34 Filed: 02/22/2018 Page: 2 of 3

PAULE, CAMAZINE & BLUMENTHAL, P.C.
A Professional Corporation

By:/s/ D. Keith Henson
    D. Keith Henson, #31988MO
    165 North Meramec Ave., Suite 110
    Clayton, MO 63105-3772
    Telephone: (314) 727-2266
    Facsimile: (314) 727-2101
    khenson@pcblawfirm.com
    Attorney for Defendant City of Marble Hill and Mike Johnson


BROWN & JAMES, P.C.

By: s/ Bradley R. Hansmann
    Bradley R. Hansmann, #53160MO
    800 Market Street, Suite 1100
    St. Louis, MO 63101
    Telephone: (314) 421-3400
    Facsimile: (314) 421-3128
    bhansmann@bjpc.com
    Attorney for Defendant Jerome Gaines

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attorney whose name appears above signed the original of this pleading and that true and correct copy of the foregoing was filed with the Clerk of the Court to be served by the operation of the Court's electronic filing system and sent via First Class U.S. Mail this __22nd__ day of February 2018 to:

Ashley S. Grace, #67565MO
Sophie Woodworth, #49383MO
Holman Schiavone, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
agrace@hslawllc.com
swoodworth@hslawllc.com
Attorneys for Plaintiff

Bradley R. Hansmann, #53160MO
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
Telephone: (314) 421-3400
Facsimile: (314) 421-3128
bhansmann@bjpc.com
Attorney for Defendant Jerome Gaines

/s/ Ashley S. Grace